UNITED STATES of America, Plaintiff–Appellee,

v.

John Wesley FAIRCLOTH, Defendant–Appellant.

No. 00–7674.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

John Wesley Faircloth, pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John Wesley Faircloth appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Faircloth,* No. CR–95–72 (E.D.N.C. filed Nov. 16, 2000; entered Nov. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*